JUDGE LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-5101RBL |
| Plaintiff, | |
| vs. | ORDER AND RECOMMENDATION SUPPLEMENTAL TO JUDGMENT AND SENTENCE |
| JOSE ANGEL LOPEZ-VAZQUEZ, aka JOSE ANGEL LOPEZ-AGUILAR, | |
| Defendant. | |

THIS MATTER having come on regularly before the above-entitled Court, upon the motion of the Defendant, JOSE ANGEL LOPEZ-VAZQUEZ, aka, JOSE ANGEL LOPEZ-AGUILAR, for an Order and Recommendation supplemental to the Judgment and Sentence rendered herein on September 8, 2006. The Court having reviewed the instant motion, the declaration accompanying said Motion and the Court being in all respects fully advised, now, therefore, it is hereby

ORDERED as follows:

THOMAS A. CENA, JR.
Attorney at Law
2115 North 30th, Suite 201
Tacoma, WA  98403
(253) 572-5120  Fax: (253) 593-4503
E-MAIL: TomC55@nventure.com

1
2
3   The Court makes the following recommendations regarding placement of the Defendant for the
4   period of his incarceration and custody pursuant to the sentence imposed upon him:
5       1.   It is recommended that the Defendant be considered by the Bureau of Prisons and other
6   relevant authorities for the prisoner exchange program between the United States and Mexico;
7       2.   It is recommended that the Bureau of Prisons arrange for placement of the Defendant at FCI
8   Sheridan, Oregon, in order to allow him to have optimal contact with his family.
9   IT IS SO ORDERED this 12th day of September, 2006.
10
11
12   RONALD B. LEIGHTON
     UNITED STATES DISTRICT JUDGE
13
14
15  Presented by
16  /s/ Thomas A. Cena, Jr.
17  _____
    THOMAS A. CENA, JR., WSBA No. 6539
18  Attorney for Defendant Lopez-Vazquez
19
20
21

Order -2

THOMAS A. CENA, JR.
Attorney at Law
2115 North 30th, Suite 201
Tacoma, WA  98403
(253) 572-5120  Fax: (253) 593-4503
E-MAIL: TomC55@nventure.com